The People of the State of New York ex rel. Robert Bloom on Behalf of Carlos Feliciano, Appellant, v. Arthur Singerman, as Warden of Bronx House of Detention, Respondent.—

Concur — Capozzoli, J. P., Markewich, McNally and Macken, JJ.; Nunez, J., dissents in the following memorandum: I dissent and vote to reduce bail to the sum of $25,000 unless the trial of the New York County indictment, handed down on June 8, 1970, is moved for trial within 30 days of the publication of this decision.

In the Matter of Horacio Ladislao Quinones, an Attorney. Respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Stevens, P. J., Capozzoli, Steuer, Tilzer and Eager, JJ.